**HUANG, FEDALEN & LIN, LLP**
*A Partnership of Law Corporations*
James C. Fedalen (SBN 89184)
Angela P. Lin (SBN 227715)
Robert L. Mason II (SBN 213757)
16633 Ventura Boulevard, Suite 1420
Encino, California 91436
Telephone (818) 377-9000
Facsimile (818) 377-9001
E-mails: jfedalen@hfl-lawyers.com
         alin@hfl-lawyers.com
         rmason@hfl-lawyers.com

*Attorneys for Plaintiff, Fortune Dynamic, Inc.*

JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT FOR THE STATE OF CALIFORNIA

| | |
|---|---|
| **FORTUNE DYNAMIC, INC.**, a California Corporation, | CASE NO.:2:09-cv-01058-RGK-AJWx [Honorable R. Gary Klausner, Ctrm 850] |
| Plaintiff, | [~~proposed~~] **ORDER RE DISMISSAL** |
| vs. | |
| **BLOSSOM FOOTWEAR, INC.**, a California Corporation, | Complaint Filed: 02/12/2009 Trial Date: 06/1/2010 |
| Defendant. | |

ON STIPULATION OF THE PARTIES, AND GOOD CAUSE SHOWING,

**IT IS HEREBY ORDERED** that:

1. The entire action of all parties and all causes of action be dismissed with prejudice; and

2. All parties shall bear their own costs of suit and attorney's fees incurred in the prosecution and defense of the above-captioned matter.

Dated: January 21, 2010

_____
Honorable R. Gary Klausner
United States District Court Judge

[proposed] Order re Dismissal